

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00125-CR
## NO. 02-17-00126-CR

MARVIN BRIGHT THOMAS                      APPELLANT

V.

THE STATE OF TEXAS                        STATE

----------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1464244D, 1464246D

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "State's Motion to Dismiss Appeals as Moot" and appellant Marvin Bright Thomas's response in which he agrees that his appeals are moot and that dismissal is appropriate. We grant the motion and dismiss both appeals as moot. *See* Tex. R. App. P. 43.2(f); *Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960).

---

[1]*See* Tex. R. App. P. 47.4.

                                                    /s/ Elizabeth Kerr
                                                    ELIZABETH KERR
                                                    JUSTICE

PANEL:  SUDDERTH, C.J.; KERR and PITTMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 18, 2018